*FILED IN OPEN COURT 3/10/06 IGJL*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06- 30M - MPT |
| OYEDIRAN OYETUNJI aka DIPO OKE, | ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ___ Serious risk obstruction of justice

    FILED
    MAR 10 2006
    U.S. DISTRICT COURT
    DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__    Defendant's appearance as required

    ____    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (<u>will</u>, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of __10__ days (not more than 10) so that the appropriate officials can be notified since:

    1.    At the time the offense was committed the defendant was:

        ____    (a) on release pending trial for a felony;

                (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

                (c) on probation or parole for an offense.

2. __X__   The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ____   The defendant may flee or pose a danger to any other person or the community.

6.   **Other Matters**.

_____

_____


DATED this __10th__ day of March., 2006.


                                      COLM F. CONNOLLY
                                      United States Attorney

BY: _____
                                      Ferris W. Wharton
                                      Assistant United States Attorney