IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OYEDIRAN OYETUNJI, a/k/a DIPO OKE,<br><br>    Defendant. | Criminal Action No. 06- **35** |



## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 9, 2006, in the District of Delaware, Oyediran Oyetunji, a/k/a Dipo Oke, the defendant, an alien and subject of Nigeria who had been deported from the United States on or about November 10, 1998, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, all in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 4, 2006

FILED

APR 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE