AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

OYEDIRAN OYETUNJI
aka DIPO OKE

**WARRANT FOR ARREST**

CASE NUMBER: 06- 30M-MPT

CR 06-35

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Oyediran Oyetunji aka Dipo Oke** when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __8__ United States Code, Section (s) __1326(a) and (b)(1)__

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| /s/ Signature of Issuing Officer | March 10, 2006   Wilmington, DE |
| | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___Oyediran Oyetunji___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-10-06 | William David, DUSM | William David |
| DATE OF ARREST | | |
| 3-10-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest