UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-35-KAJ |
| ) | |
| OYEDIRAN OYETUNJI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act, **IT IS HEREBY ORDERED** this 10th day of July, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged an additional 45 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before August 21, 2006.

The Honorable Kent A. Jordan
U.S. District Court

cc: AUSA Beth Moskow-Schnoll
AFPD Christopher Koyste