IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,                   ) | |
| )  | |
| Plaintiff,          ) | |
| )  | |
| v.                                                            ) | Criminal Action No. 06-35-KAJ |
| )  | |
| OYEDIRAN OYETUNJI,                          ) | |
| )  | |
| Defendant.         ) | |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1. A Rule 11 hearing has been scheduled for **September 18, 2006 at 3:00 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

2. The time between August 21, 2006 and the date of the change of plea hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

September 14, 2006
Wilmington, Delaware