UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-035-KAJ |
| | : | |
| OYEDIRAN OYETUNJI, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Oyediran Oyetunji, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the December 19, 2006 sentencing hearing to a date no less than 50 days in the future. Counsel submits the following in support thereof:

1. Sentencing in this action is currently scheduled for December 19, 2006. The Defense seeks a continuance to obtain additional information in order to be able to most effectively address all sentencing issues in this action.

2. AUSA Beth Moskow-Schnoll and USPO Walter P. Matthews, III do not oppose this request for rescheduling of the sentencing hearing.

WHEREFORE, Mr. Oyetunji respectfully requests the Court to continue the sentencing hearing to a date no less than 50 days in the future.

                                           /s/
                                CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Oyediran Oyetunji

DATED: December 5, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on December 5, 2006 to:

> Beth Moskow-Schnoll, AUSA
> United States Attorney's Office
> 1007 Orange Street, Suite 700
> Wilmington, Delaware 19801

> _____/s/_____
> CHRISTOPHER S. KOYSTE, AFPD
> Federal Public Defender's Office
> 704 King Street, Suite 110
> Wilmington, Delaware 19801
> (302) 573-6010
> Email: ecf_ck@msn.com
> Attorney for Defendant Oyediran Oyetunji

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | : |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-035-KAJ |
| | : | |
| OYEDIRAN OYETUNJI, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this _____ day of _____, 2006, that Defendant Oyetunji sentencing hearing is continued to _____.


_____
The Honorable Kent A. Jordan
United States District Court Judge