UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-035-KAJ |
| OYEDIRAN OYETUNJI, | : | |
| Defendant. | : | |

### ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this  5th  day of  December , 2006, that Defendant Oyetunji sentencing hearing is continued to  January 26, 2007 at 12:30 pm .

*[signature]*
The Honorable Kent A. Jordan
United States District Court Judge